UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/15/23

**PENSION BENEFIT GUARANTY CORPORATION,**

                         **Plaintiff,**

              -against-

**GALICIA,**

                         **Defendant.**

**23-cv-04633 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       On June 1, 2023, Plaintiff filed a Complaint commencing this action. ECF No. 1. The Defendant's answer was due on June 28, 2023. ECF No. 8. Following Defendant's failure to respond to the Complaint and Plaintiff's failure to move for default judgment, this Court issued an Order to Show Cause on July 28, 2023 for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See* ECF No. 9. On August 11, 2023, Plaintiff explained that the while it received a copy of Defendant's answer on June 22, 2023, Defendant never filed the answer with the Court. ECF No. 10. The Plaintiff then explained that it would file a request for entry of default against the Defendant pursuant to Fed. R. Civ. P. 55(a). *Id*.

       On August 15, 2023, the Clerk of the Court entered a Certificate of Default. *See* ECF No. 16. However, to date, Plaintiff has not moved for default judgment in accordance with this Court's Individual Practices. *See* Attachment A to the Individual Practices of Andrew L. Carter, Jr. If Plaintiff still wishes to move for default judgment, they shall do so by **September 22, 2023**.

**SO ORDERED.**

**Dated:** September 15, 2023
         New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**