USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/27/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENSION BENEFIT GUARANTY CORP.,

          Plaintiff,

-against-

GALICIA

          Defendant.

23-cv-04633 (ALC)

ORDER ENTERING DEFAULT JUDGMENT

**ANDREW L. CARTER, United States District Judge:**

On November 7, 2023, this Court granted Plaintiff's default judgment against all Defendants as to liability. ECF No. 30. Defendant was ordered to show cause why the Court pursuant to Fed. Rs. Civ. P. 55 should not grant damages to Plaintiff. ECF No. 31. Defendant did not file a response.

Upon the Declaration of Nina Ego-Osuala in Support of Default Judgment, and the exhibits attached thereto, Plaintiffs' default judgment as to damages is hereby **GRANTED**. The Clerk of the Court is directed to terminate this case.

**SO ORDERED.**

Dated:   November 27, 2023
           New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**